**Peter C. Becker, appellee, v. Standard Club, Inc., appellant. Gen. No. 35,233.**

Opinion filed October 19, 1931.

Church, Haft, Robertson & Crowe, for appellant; Burt A. Crowe, of counsel. James A. Tracy and John A. Bloomingston, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

**National Bank of the Republic of Chicago, appellee, v. John R. Geary, appellant. Gen. No. 35,286.**

Opinion filed October 19, 1931. Rehearing denied November 23, 1931.

Hart, Frank & Shomberg, for appellant; Milton Hart, of counsel. E. R. Elliott, for appellee; Julius N. Heldman, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

**Max D. Wilson, appellant, v. Thomas H. Kelley and Byrd B. Kelley, appellees. Gen. No. 34,364.**

Opinion filed October 21, 1931.

Kannally & Megan, for appellant; Charles P. Megan, of counsel. Mayer, Meyer, Austrian & Platt, for appellees; Frederic Burnham and Frank W. Sullivan, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

**Bermingham & Prosser Company, defendant in error, v. G. W. Smith, plaintiff in error. Gen. No. 34,695.**

Opinion filed October 21, 1931.

H. C. Rumery, for plaintiff in error. George D. Sullivan, for defendant in error; Martin M. Ward, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.